# Exhibit 1

Redacted in Accordance with the Court's January 28, 2013 Sealing Order

The Medicines Company v. Mylan Inc., et al.
Civil Action No. 1:11-CV-01285 (N.D. Ill.)

## SUPPLEMENTAL PRIVILEGED DOCUMENT LOG
### (FROMMER LAWRENCE & HAUG LLP)

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| 1. | Memorandum | | Russell Garman | | | Document containing, reflecting, and/or referring to FLH attorney mental impressions regarding Bivalirudin. | Attorney Work Product |
| 2. | Email & Attachment | 1/8/2009 | ■ | John Kelley; Simona Skerjanec; Paul Antinori; Min Ding | Russell Garman; Sandra Kuzmich | Confidential communication and confidential attachment reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 3. | Email & Attachment | 10/31/2008 | ■ | John Kelley; Simona Skerjanec; Paul Antinori; Min Ding | Russell Garman; Sandra Kuzmich | Confidential communication and confidential attachment reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 4. | Email & Attachment | 9/23/2008 | ■ | John Kelley; Paul Antinori; Min Ding | Russell Garman; Sandra Kuzmich | Confidential communication and confidential attachment containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 5. | Letter | 8/8/2008 | Russell Garman | Min Ding | Sandra Kuzmich | Confidential communication reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 6. | Memorandum | | Russell Garman | | | Document containing, reflecting, and/or referring to FLH attorney mental impressions regarding Bivalirudin. | Attorney Client |
| 7. | Draft Response | 6/29/2009 | Russell Garman | | | Draft response reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories or legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 8. | Office Action with Handwritten Notes | 5/29/2009 | Russell Garman | | | Office action containing handwritten notes regarding, reflecting or referring to legal advice from FLH regarding bivalirudin. | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| 9. | Reference with Handwritten Notes | | Russell Garman | | | EMEA reference document containing handwritten notes regarding, reflecting or referring to legal advice from FLH regarding bivalirudin. | Attorney Client |
| 10. | Reference with Handwritten Notes | | Russell Garman | | | A copy of U.S. Patent No. 6,274,553 containing handwritten notes regarding, reflecting or referring to legal advice from FLH regarding bivalirudin. | Attorney Client |
| 11. | Letter | 1/15/2010 | Russell Garman | Clive Meanwell; Glenn Sblendorio; Kim Carroll; Paul Antinori; Min Ding | | Confidential communication reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 12. | Letter & Attachments | 4/2/2009 | Russell Garman | Gary Musso | ■ | Confidential communication and confidential attachments reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 13. | Email & Attachments | 1/8/2009 | ■ | John Kelley; Simona Skerjanec; Paul Antinori; Min Ding | Russell Garman; Sandra Kuzmich | Confidential communication and confidential attachments reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 14. | Email & Attachments | 10/31/2008 | ■ | John Kelley; Simona Skerjanec; Paul Antinori; Min Ding | Russell Garman; Sandra Kuzmich | Confidential communication and confidential attachments reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 15. | Letter | 9/23/2008 | Russell Garman | John Kelley; Paul Antinori; Min Ding | Sandra Kuzmich | Confidential communication reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 16. | Letter | 8/8/2008 | Russell Garman | Min Ding | Sandra Kuzmich | Confidential communication reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 17. | Email & Attachments | 4/2/2009 | Russell Garman | Gary Musso | ■ | Confidential communication and confidential attachments containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| 18. | Email Chain | 5/22/2009 | Gary Musso | Russell Garman | | Confidential communications requesting, containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 19. | Email Chain | 5/20/2009 | Gary Musso | Russell Garman | | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 20. | Email Chain | 4/2/2009 | Gary Musso | Russell Garman | | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 21. | Email Chain | 5/27/2008 | | Gopal Krishna; Min Ding | Russell Garman | Confidential communications reflecting attorney's mental impressions, conclusions, opinions, and/or legal theories, and providing legal advice from FLH regarding bivalirudin. | Attorney Client |
| 22. | Email & Attachment | 5/23/2008 | | Min Ding | Russell Garman | Confidential communication and confidential attachment containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 23. | Email | 7/27/2008 | Russell Garman | Min Ding | Sandra Kuzmich | Confidential communication containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 24. | Email Chain | 2/20/2009 | Gary Musso | Russell Garman | | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 25. | Email Chain | 2/19/2009 | Gary Musso | Russell Garman | | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 26. | Email & Attachment | 6/26/2008 | Russell Garman | Gopal Krishna; Min Ding | | Confidential communication and confidential attachment containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 27. | Email Chain | 7/09/2008 | Russell Garman | Gary Musso; Min Ding | Gopal Krishna | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| | | | | | | and/or referring to legal advice from FLH regarding bivalirudin patent applications. | |
| 28. | Email & Attachment | 5/20/2008 | ▬ | Min Ding | ▬<br>Russell Garman | Confidential communication and confidential attachment containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 29. | Email Chain | 7/9/2008 | Gary Musso | Min Ding | ▬<br>Russell Garman | Confidential communications providing information for the purpose of obtaining legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin. | Attorney Client |
| 30. | Email Chain | 7/9/2008 | Gopal Krishna | Gary Musso; Min Ding; Russell Garman | ▬ | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 31. | Email Chain | 6/27/2008 | Gopal Krishna | ▬<br>Min Ding | | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 32. | Email & Attachment | 6/27/2008 | Gopal Krishna | ▬<br>Min Ding | | Confidential communication and confidential attachment containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 33. | Email Chain | 6/18/2008 | Gopal Krishna | Min Ding; Rajeshwar Motheram | ▬ | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 34. | Email Chain | 12/8/2009 | Gary Musso | Russell Garman | ▬<br>Gopal Krishna; Sandra Kuzmich | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 35. | Email Chain | 5/23/2008 | Min Ding | ▬ | ▬<br>Russell Garman | Confidential communications containing, reflecting, and/or referring to legal advice regarding bivalirudin patent applications. | Attorney Client |
| 36. | Email Chain | 7/10/2008 | Min Ding | Gopal Krishna; Russell Garman | ▬<br>Sandra Kuzmich | Confidential communications providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| 37. | Email Chain | 7/10/2008 | Min Ding | Gary Musso; Russell Garman; Gopal Krishna | ▓ | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice regarding bivalirudin patent applications. | Attorney Client |
| 38. | Email & Attachment | 7/7/2008 | Min Ding | ▓ | | Confidential communication and confidential attachment providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice regarding bivalirudin patent applications. | Attorney Client |
| 39. | Email & Attachments | 7/7/2008 | Min Ding | ▓ | | Confidential communication and confidential attachments providing information for the purpose of obtaining legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 40. | Email Chain | 7/2/2008 | Min Ding | ▓ | Gopal Krishna | Confidential communications providing information for the purpose of obtaining legal advice from FLH and/or rendering legal advice and containing, reflecting, and/or referring to legal advice regarding bivalirudin patent applications. | Attorney Client |
| 41. | Email Chain | 6/18/2008 | Min Ding | Gopal Krishna; Rajeshwar Motheram | ▓ | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice regarding bivalirudin patent applications. | Attorney Client |
| 42. | Email Chain | 12/7/2009 | ▓ | Gary Musso; Gopal Krishna; Russell Garman | Sandra Kuzmich | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 43. | Email & Attachment | 3/17/2009 | ▓ | Gary Musso | | Confidential communication and confidential attachment providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 44. | Email Chain | 5/12/2009 | ▓ | Gary Musso; Russell Garman | | Confidential communications containing, requesting, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| 45. | Email Chain & Attachment | 11/7/2008 | Gopal Krishna | [redacted] Russell Garman | | Confidential communication and confidential attachment providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 46. | Email | 9/25/2008 | [redacted] | Rajeshwar Motheram | Sandra Kuzmich; [redacted] | Confidential communication requesting information for the purpose of obtaining legal advice from FLH regarding bivalirudin. | Attorney Client |
| 47. | Email | 9/16/2009 | Sandra Kuzmich | Simona Skerjanec; John Kelley; Paul Antinori; Clive Meanwell | | Confidential communication containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 48. | Email | 8/6/2009 | Sandra Kuzmich | John Kelley; Simona Skerjanec | | Confidential communication containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 49. | Email | 7/17/2009 | Sandra Kuzmich | Simona Skerjanec; John Kelley; Clive Meanwell | [redacted] | Confidential communication containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 50. | Email | 8/5/2009 | Sandra Kuzmich | Simona Skerjanec; John Kelley | | Confidential communication containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 51. | Email | 5/21/2008 | [redacted] | Gopal Krishna; Min Ding | [redacted] Russell Garman | Confidential communication requesting information for the purpose of rendering legal advice regarding bivalirudin patent applications. | Attorney Client |
| 52. | Email Chain | 7/10/2008 | Min Ding | Gopal Krishna; Russell Garman; Gary Musso | [redacted] | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 53. | Email Chain | 7/11/2008 | Gopal Krishna | Russell Garman; Min Ding; Gary Musso | [redacted] Sandra Kuzmich | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 54. | Email Chain | 7/23/2008 | Gopal Krishna | Russell Garman | | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin. | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| 55. | Email Chain | 7/23/2008 | Min Ding | Russell Garman | | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 56. | Email | 11/7/2008 | Gopal Krishna | ▮ Russell Garman | | Confidential communication providing information for the purpose of obtaining legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 57. | Email Chain | 11/26/2008 | Gopal Krishna | Russell Garman | Sandra Kuzmich | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 58. | Email & Attachments | 5/20/2009 | Russell Garman | Gary Musso; ▮ | | Confidential communication and confidential attachments providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 59. | Email Chain | 5/15/2009 | Gopal Krishna | Russell Garman | | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 60. | Email Chain | 5/28/2009 | Gopal Krishna | Russell Garman | | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 61. | Email Chain | 7/9/2008 | Russell Garman | Min Ding; Gary Musso | ▮ Gopal Krishna | Confidential communications providing information for the purpose of obtaining legal advice from FLH and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 62. | Email Chain & Attachments | 7/10/2008 | Russell Garman | Min Ding; Gopal Krishna; Gary Musso | ▮ Sandra Kuzmich | Confidential communications and confidential attachments providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 63. | Email Chain & Attachments | 7/11/2008 | Russell Garman | Min Ding; Gopal Krishna; Gary Musso | ▮ Sandra Kuzmich | Confidential communications and confidential attachments providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| | | | | | | advice from FLH regarding bivalirudin patent application. | |
| 64. | Email Chain & Attachments | 7/22/2008 | Russell Garman | Min Ding; Gopal Krishna; Gary Musso | | Confidential communications and confidential attachments containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 65. | Email Chain | 7/22/2008 | Russell Garman | Gary Musso | Min Ding; Gopal Krishna | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 66. | Email Chain & Attachment | 7/23/2008 | Russell Garman | Min Ding; Gopal Krishna; Gary Musso | | Confidential communications and confidential attachment containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 67. | Email & Attachment | 11/18/2008 | Russell Garman | John Kelley; Simona Skerjanec | Sandra Kuzmich | Confidential communication and confidential attachment containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 68. | Email & Attachments | 11/25/2008 | Russell Garman | John Kelley; Simona Skerjanec; Min Ding; Gary Musso; Gopal Krishna | Sandra Kuzmich | Confidential communication and confidential attachments containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |
| 69. | Email Chain | 2/18/2009 | Russell Garman | Gary Musso | ▇ | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 70. | Email Chain | 2/18/2009 | Russell Garman | Gary Musso | ▇ | Confidential communications containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 71. | Email Chain & Attachments | 5/21/2009 | Russell Garman | Gary Musso | ▇ | Confidential communications and confidential attachments providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 72. | Email | 5/15/2009 | Russell Garman | Gopal Krishna | ▇ | Confidential communication containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin. | Attorney Client |
| 73. | Email & Attachments | 5/27/2009 | Russell Garman | Gopal Krishna; Gary Musso | ▇ | Confidential communications and confidential attachments providing information for the | Attorney Client |

| NO. | DOCUMENT TYPE | DATE | AUTHOR(S) | ADDRESSEE(S) | COPY RECIPIENT(S) | GENERAL SUBJECT MATTER | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|
| | | | | | | purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | |
| 74. | Email & Attachments | 5/20/2009 | Russell Garman | Gary Musso | ■ | Confidential communications and confidential attachments providing information for the purpose of rendering legal advice and containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent applications. | Attorney Client |
| 75. | Email | 6/3/2009 | Russell Garman | Simona Skerjanec | Sandra Kuzmich | Confidential communication containing, reflecting, and/or referring to legal advice from FLH regarding bivalirudin patent application. | Attorney Client |